UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ED KELLEY,                    )
                              )
          Plaintiff,          )
                              )
     vs.                      )     No. 4:05-CV-530 (CEJ)
                              )
EDGE MANUFACTURING, INC.,     )
                              )
          Defendant.          )

### ORDER

In accordance with the stipulation of plaintiff Ed Kelley and defendant Edge Manufacturing, Inc.,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com